UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JERRY CARTER, ) | |
| ) | |
| Movant, ) | |
| ) | |
| vs. ) | Case No. 4:16-cv-00025-JAR |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |
| ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Movant Jerry Carter's Motions for Reconsideration (Docs. 75, 76, 77), and Motion to Alter or Amend Judgment (Doc. 79), filed pursuant to Federal Rule of Civil Procedure 59(e).

On January 16, 2019, the Court denied Movant's earlier Motion for Reconsideration, finding that he had failed to demonstrate the existence of any "manifest errors of law or fact" and did not "present newly discovered evidence." *United States v. Metro. St. Louis Sewer Dist.*, 440 F.3d 930, 933 (8th Cir. 2006) (quoting *Innovative Home Health Care v. P. T.-O. T. Assoc. of the Black Hills*, 141 F.3d 1284, 1286 (8th Cir. 1998)). To the extent Movant advances similar arguments in his more recent motions, those arguments are denied for the reasons previously stated. To the extent Movant seeks to raise new arguments, Movant waived them by not raising them in his first Motion for Reconsideration. *See SPV-LS, LLC v. Transamerica Life Ins. Co.*, 912 F.3d 1106, 1111 (8th Cir. 2019), reh'g denied (Feb. 1, 2019) (holding that a motion for

reconsideration may not be used to raise arguments which could have been raised in a prior motion).

Accordingly,

**IT IS HEREBY ORDERED** that Movant Jerry Carter's Motions for Reconsideration (Docs. 75, 77), and Motion to Alter or Amend Judgment (Doc. 79), are **DENIED**.

Dated this 26th Day of February, 2019.

                                            JOHN A. ROSS
                                            UNITED STATES DISTRICT JUDGE